UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>v. )<br>)<br>TIMOTHY GAVETT, )<br>)<br>DEFENDANT ) | CRIMINAL No. 2:02-CR-66-DBH |

ORDER ON DEFENDANT'S MOTION
TO REDUCE SENTENCE

The defendant's pro se motion to reduce sentence is **DENIED**. When I said in 2006 that I had "no authority to review the sentence at this time," I was referring to my lack of jurisdiction to revise a sentence after it has been imposed, except in very limited circumstances not applicable here. That lack of authority still applies. If the defendant has a basis for early release upon compassionate grounds (and I express no judgment on that), that request should be directed to the Bureau of Prisons.

SO ORDERED.

DATED THIS 29TH DAY OF MAY, 2013

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE